IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JEFFREY SEMLER, )
 )
        Plaintiff, )
 )
vs. ) Case No. CIV-11-1354-D
 )
GEICO GENERAL INSURANCE )
COMPANY, )
 )
        Defendant. )

# **O R D E R**

The parties' proposed Final Pretrial Report [Doc. No. 127] is not approved. It identifies as a legal issue to be decided at trial a new contention that Defendant GEICO General Insurance Company proposes to raise for the first time following the conclusion of Plaintiff's case-in-chief, presumably by motion under Fed. R. Civ. P. 50. Defendant states it "believes the proper claim to be asserted in this case by Plaintiff is merely a UM claim" rather than a breach of contract claim. *See* Final Pretrial Report [Doc. No. 127] at 4, ¶ 4.D. This contention is not otherwise explained, and is unsupported by citation of legal authority. However, it appears to be a new defense that was not asserted in Defendant's Answer and Counterclaim [Doc. No. 4],[1] nor raised in Defendant's Motion for Summary Judgment [Doc. No. 65]. The Court finds that Defendant's assertion of a new legal defense to Plaintiff's contract claim is untimely, and the issue should not be included in the Final Pretrial Report as a matter to be resolved at trial.

---

[1] Far from challenging Plaintiff's breach of contract claim as somehow improper, Defendant asserted a counterclaim for a declaratory judgment regarding "the rights and liabilities of the parties under a contract of insurance." *See* Counterclaim [Doc. No. 4] at 14, ¶ 8.

IT IS THEREFORE ORDERED that the parties shall submit a revised Final Pretrial Report not later than January 8, 2014, omitting the legal issue discussed herein.

IT IS SO ORDERED this 6th day of January, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE