IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEFFREY SEMLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-11-1354-D |
| | ) | |
| GEICO GENERAL INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT FORM**

(Select either verdict A., B. or C.)

**A.**

X We the jury, being duly empaneled and sworn upon our oaths, find in favor of the Plaintiff, Jeffrey Semler, and award damages in the amount of $ 210,000.00.

– OR –

**B.**

______ We the jury, being duly empaneled and sworn upon our

oaths, find in favor of the Defendant, GEICO General Insurance Company.

– OR –

**C.**

_____ We the jury, being duly empaneled and sworn upon our oaths, find as follows:

1. Contributory negligence of the Plaintiff, Jeffrey Semler ___________%

2. Negligence of the owner or operator of the unidentified vehicle ___________%

(1 and 2 must total 100%)

TOTAL 100%

(The following shall be answered only if the percentage of the Plaintiff's contributory negligence **is equal to or less than** the percentage of negligence of the owner or operator of the unidentified vehicle.)

3. We find the amount of damages sustained by the Plaintiff, Jerry Semler, without regard to the percentages of negligence set

forth above, is the sum of $____________________. This dollar amount will be reduced by the judge by the percentage established in Item 1 above.

1-17-14
DATE

Shana C. Dawson
FOREMAN/FOREWOMAN