## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JEFFREY SEMLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  CIV-11-1354-D** |
| | ) | |
| **GEICO GENERAL INSURANCE** ) | | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEAL

Notice is hereby given that  Jeffrey Semler

X Plaintiff(s)        Defendant(s) in the above named case hereby appeal to the United States Court

of Appeals for the Tenth Circuit from the final judgment entered in this action on February 25,

2014 [Doc. 164].

 s/ Tye H. Smith
Signature

 Tye H. Smith, OBA # 14595
Printed Name

CARR & CARR
1350 S.W. 89TH STREET
Mailing Address

Oklahoma City, OK  73159
City,  State,  Zip

405-234-2110        405-234-2128
Phone No.              Fax No.

tyesmith@carrcarrokc.com
Email Address

*CERTIFICATE OF SERVICE*

 X  I hereby certify that on (date) ___March 27, 2014____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

      Gerard F. Pignato  jerry@pclaw.org
      Paul M Kolker  paul@pclaw.org

 X  I hereby certify that on (date)___March 27, 2014____ I served the attached document by (service method) _____email_____

on the following, who are not registered participants of the ECF System: (insert names and addresses)

      Simone Gosnell Fulmer
      sfulmer@whittenburragelaw.com

                   s/ Tye H. Smith_____
                   Tye H. Smith