## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 19, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Simone Gosnell Fulmer
Fulmer Group
P.O. Box 2448
Oklahoma City, OK 73101

Mr. Paul M. Kolker
Mr. Gerard F. Pignato
Mr. Erin Joseph Rooney
Pignato, Cooper, Kolker, & Roberson
119 North Robinson Avenue
11th Floor
Oklahoma City, OK 73102

Mr. Tye Hunter Smith
Carr & Carr
1350 SW 89th Street
Oklahoma City, OK 73139-0000

**RE:**     **14-6071 and 14-6082, Semler v. Geico General Insurance**
            Dist/Ag docket: 5:11-CV-01354-D

Dear Counsel:

Attached is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40, any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. If requesting rehearing en banc, the requesting party must file 12 paper copies with the clerk, in addition to satisfying all Electronic Case Filing requirements. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R.35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/at